Robert E. NAVE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50566.

Missouri Court of Appeals,
Western District.

Jan. 30, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

The defendant appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Affirmed. Rule 84.16(b).